UNITED STATES OF AMERICA
UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

———

JEFFREY R. LeBLANC,

                    Plaintiff,                    Case No. 1:15-cv-115

v.                                                       Honorable Paul L. Maloney

MICHAEL REISTERER,

                    Defendant.
_____/

## ORDER DENYING LEAVE
## TO PROCEED *IN FORMA PAUPERIS* - THREE STRIKES

In accordance with the memorandum opinion entered this day,

IT IS ORDERED that Plaintiff is DENIED leave to proceed *in forma pauperis* because

he has "three strikes" pursuant to 28 U.S.C. § 1915(g).

IT IS ALSO ORDERED that within twenty-eight (28) days hereof, Plaintiff shall pay the

$400.00 filing fee to the Clerk of this Court.  Plaintiff's failure to comply with this order will result in

dismissal of this case without prejudice, and assessment of the $400.00 filing fee.

Dated:  February 23, 2015                    /s/ Paul L. Maloney
                                                            Paul L. Maloney
                                                            Chief United States District Judge