UNITED STATES OF AMERICA
UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

---

JEFFREY R. LeBLANC,

        Plaintiff,        Case No. 1:15-cv-115

v.        Honorable Paul L. Maloney

MICHAEL REISTERER,

        Defendant.
_____/

## **JUDGMENT**

In accordance with the Order issued this date,

**IT IS ORDERED** that the captioned case be and hereby is **DISMISSED** without prejudice for lack of prosecution.


Dated:  April 27, 2015        /s/ Paul L. Maloney
                                                       Paul L. Maloney
                                                       Chief United States District Judge